IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Board of Trustees of the Plumbers, Pipefitters, & Mechanical Equipment Service, Local No. 392 Pension Fund, et. al., :
:
    Plaintiff(s), :
: Case Number: 1:10cv721
vs. :
: Chief District Judge Susan J. Dlott
Kenneth R. Rogers Plumbing & Heating Co., Inc., et. al., :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 16, 2011 (Doc. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 7, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, the Clerks' entry of default (Doc. 14) is **VACATED** and plaintiffs' motion for default judgment (Doc. 15) is **DENIED.**

IT IS SO ORDERED.

      ___s/Susan J. Dlott_____
      Chief Judge Susan J. Dlott
      United States District Court