IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Board of Trustees of the Plumbers, Pipefitters
& Mechanical Equipment Service, Local Union
No. 392 Pension Plan, et al.., :
:
       Plaintiff(s), :
: Case Number: 1:10cv721
   vs. :
: Chief Judge Susan J. Dlott
Kenneth R. Rogers Plumbing & Heating, et al., :
:
       Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 8, 2012 (Doc. 51), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 26, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, judgment is entered in favor of plaintiffs and against defendant Rogers and Rogers Plumbing, jointly and severally, on Count II of the complaint for breach of the Post-Judgment Agreement in the amount of $138,764.14.  This case is hereby **TERMINATED** from the Court's docket.

IT IS SO ORDERED.

                                                                  s/Susan J. Dlott
                                                 Chief Judge Susan J. Dlott
                                                 United States District Court